ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| MicroTechnologies, LLC | ) ASBCA No. 63177 |
| | ) |
| Under Contract No. FA8732-14-D-0021 | ) |
| D.O. FA4800-20-F-0327 | ) |

APPEARANCE FOR THE APPELLANT:        Lewis P. Rhodes, Esq.
                                                                   McMahon, Welch and Learned, PLLC
                                                                   Reston, VA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
                                                                   Deputy Chief Trial Attorney
                                                                   Lt Col Matthew Ramage-White, USAF
                                                                   Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 26, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63177, Appeal of MicroTechnologies, LLC, rendered in conformance with the Board's Charter.

Dated:  May 26, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services